**UNITED STATES of America, Plaintiff—Appellee,**

v.

**David MUNOZ, Defendant—Appellant.**

**No. 04–50281.**

**D.C. No. CR–04–00231–WQH.**

United States Court of Appeals, Ninth Circuit.

Submitted May 9, 2005.*

Decided May 16, 2005.

Hamilton E. Arendsen, USSD–Office of the U.S. Attorney, Neville S. Hedley, United States Attorney, San Diego, CA, for Plaintiff–Appellee.

Jason I. Ser, FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before PREGERSON, CANBY and THOMAS, Circuit Judges.

## MEMORANDUM**

David Munoz appeals the sentence imposed following his guilty plea to one count of importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

We vacate and remand for the district court to resentence Munoz consistent with the principles announced by the Supreme Court in *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005).

**VACATED and REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.